# Court of Appeals
# of the State of Georgia

ATLANTA,  April 03, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0366. RAFAEL CRAPPS v. THE STATE.**

On November 15, 2017, the trial court entered an order denying motions filed by defendant Rafael Crapps, including for reconsideration, for out-of-time appeal, and for sentence modification.[1] Crapps filed a discretionary application from the trial court's order on March 5, 2018. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). We lack jurisdiction to consider an untimely application. See *Hill*, supra. Here, Crapps filed his application 110 days after the trial court's order was entered. Accordingly, we lack jurisdiction to consider the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/03/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*

---

[1] Crapp has not provided a copy of his sentence or any of these motions with his pro se application for discretionary appeal.